UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PAINTER'S DISTRICT COUNCIL NO. 2, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:08CV1212 AGF |
| CAPITAL RESTORATION & PAINTING CO., | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This matter is before the Court[1] on Plaintiff's Motion for Leave to Submit Evidence and Records in Support of Plaintiff's Motion for Summary Judgment, on the issue of damages.

The deadline for filing case dispositive motions has passed. Moreover, there is a suggestion in the record that Plaintiffs may have agreed to waive liquidated damages. (Doc. #40-2.) As such, the Court believes that the amount of damages to which Plaintiffs are entitled in this case will best be determined at trial.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to Submit Evidence and Records in Support of Plaintiffs' Motion for Summary Judgment, on the

---

[1] The parties have consented to the exercise of authority by the undersigned United States Magistrate Judge under 28 U.S.C. § 636(c).

issue of damages, is **DENIED**.  [Doc. #46]

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE